**Order entered May 13, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00108-CV

### CHARLES R. ALLEN, ET AL., Appellants

### V.

### STATE FARM LLOYDS, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-02015-B**

## ORDER

We **GRANT** appellants' May 10, 2016 unopposed second motion for an extension of time to file a brief and extend the time to **JUNE 22, 2016**. No further extension will be granted absent extenuating circumstances.

/s/     ELIZABETH LANG-MIERS
            JUSTICE